STURGIS, Fire Com'r, Appellant, v. SPRINGER, Respondent. (Supreme Court, Appellate Term. June 22, 1903.) Action by Thomas Sturgis, as fire commissioner of the city of New York, against John H. Springer. Judgment for defendant, and plaintiff appeals. Affirmed. George L. Rives (Arthur S. Cosby, of counsel), for appellant. Truax & Crandall, for respondent.

PER CURIAM. The plaintiff brought suit against the defendant to recover statutory penalties for certain violations of section 762 of the Greater New York Charter (Laws 1897, p. 263, c. 378), in that he caused or permitted people to stand in the aisles of his theater during a public performance, and neglected or refused to remove them when informed that they were there. It is unnecessary to decide whether the parts of the theater where people were alleged, and it was testified, to be standing, were aisles or not, in view of the contradictory character of the testimony given by the numerous witnesses called by either side as to the fact that they were there and standing without being removed, and the determination of the trial justice thereon. The judgment in favor of the defendant must therefore be affirmed, with costs.

SULLIVAN, Appellant, v. SOUTHARD, Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Julia Sullivan, as administratrix, against Charles H. Southard. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

SUTHERLAND, Respondent, v. LASHER, Appellant. (Supreme Court, Appellate Division, First Department. November 20, 1903.) Action by George R. Sutherland against Lewis P. Lasher. R. C. Freeman, for appellant. E. Hassett, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 84 N. Y. Supp. 56.

SUTTER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 24, 1903.) Action by Carrie Sutter, as administratrix, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs, upon authority of decision in same case, reported 79 App. Div. 362, 79 N. Y. Supp. 1106.

WILLIAMS, J., dissents. HISCOCK, J., not voting. .

SWEENEY, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by Catharine Sweeney against the United Traction Company. No opinion. Judgment and order unanimously affirmed, with costs.

SWIFT, Respondent, v. ASPELL & CO., Appellants. (Supreme Court, Appellate Division, First Department. November 20, 1903.) Action by Charles N. Swift against Aspell & Co. M. H. Cardozo for appellants. G. L. Carlisle, for respondent. No opinion. Judgment affirmed, with costs.

TANENBAUM, Appellant, v. LIPPMANN et al., Respondents. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Action by Moses Tanenbaum against Gustav Lippmann and others. No opinion. Motion granted, so far as it seeks to have stricken from the files and records of the court the papers on the denial of plaintiff's motion to prohibit Benno Loewy, Esq., appearing against plaintiff, etc. So far as it moves to strike from the calendar the appeal from the other order, motion denied.

THOMPSON, Appellant, v. THOMPSON, Respondent. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by May A. Thompson against John R. Thompson.

PER CURIAM. Judgment affirmed, with costs.

CHESTER, J., dissents.

In re TIFFANY. (Supreme Court, Appellate Division, Fourth Department. November 24, 1903.) In the matter of the application of Chapin Tiffany for a writ of mandamus. No opinion. Order affirmed, with costs.

TRINITY CHURCH OF POTSDAM, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by the Trinity Church of Potsdam, N. Y., against Milton H. Brown.

PER CURIAM. Judgment and order affirmed, with costs.

HOUGHTON, J., dissents.